IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST EVANS, an individual, THE LAST TWIST, INC., a Pennsylvania for Profit Company, and THE ERNEST EVANS CORPORATION, a Pennsylvania for Profit Company,

    Plaintiffs,

  v.

HEWLETT-PACKARD COMPANY, a Delaware for Profit Company, and PALM, INC., a Delaware for Profit Company,

    Defendants.
                                                /

No. C 13-02477 WHA

**NOTICE RE HEARING ON MOTION TO DISMISS**

      The Court has reviewed the parties' submissions on the motion to dismiss and is inclined to vacate the hearing on August 15. Nevertheless, if notice is received by **TUESDAY, AUGUST 6 AT NOON,** that a lawyer four or fewer years out of law school will conduct the oral argument, or at least the lion's share, for one of the parties, the hearing will remain on calendar.

      **IT IS SO ORDERED.**

Dated: August 2, 2013.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE