| | |
|---|---|
| | Reset Form |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST EVANS,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY

Defendant(s).

Case No: C 13-2477WHA

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Willie E. Gary, an active member in good standing of the bar of USDC Southern Dist. Fla, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ernest Evans in the above-entitled action. My local co-counsel in this case is James L. Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 221 E Osceola St Stuart FL 34994 | 5900 Wilshire Blvd Ste 2645 Los Angeles CA 90036 |
| My Telephone # of Record: (772) 283-8260 | Local Co-Counsel's Telephone # of Record: (213) 251-2332 |
| My Email Address of Record: weg@williegary.com | Local Co-Counsel's Email Address of Record: jameslbrownlaw@yahoo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 187843.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/31/13

Willie E. Gary
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Willie E. Gary is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 2, 2013.

William Alsup
United States District Court Judge

PRO HAC VICE APPLICATION & ORDER