UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 15, 2013</u>                                    Total Hearing Time: 30 minutes

Case No. <u>C13-2477 WHA</u>

Title: <u>EVANS</u> v. <u>HEWLETT PACKARD COMPANY</u>

Plaintiff Attorney(s): James Brown; Michael Santucci

Defense Attorney(s): Michael Page; Laura Miller

Deputy Clerk: <u>Dawn Toland</u>                Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>Motion to Dismiss - Taken Under Submission</u>

2)   <u>CMC - HELD</u>

Complete Initial Disclosures: 8/23/13

Last Day to Seek Leave to Add/Amend: 12/31/13

Discovery Cutoff 6/27/14

Last Day to File Dispositive Motion: 8/7/14

Continued to  <u>10/1/14 at 2:00 pm</u>   for Pretrial Conference

Continued to  <u>10/6/14 at 7:30 am</u>   for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Kandis Westmore for mediation/settlement conference.