IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST EVANS, et al.,

    Plaintiffs,

  v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants.

No. C 13-02477 WHA

**ORDER DENYING REQUEST TO MODIFY BRIEFING SCHEDULE**

The parties request an extension of time for plaintiffs to file their reply brief in support of the pending motion for leave to amend (Dkt. No. 76). The request vaguely states that the extension is needed to "accommodate the case load and schedules of the Plaintiffs" but does not justify increasing plaintiffs' time to file at the expense of the Court's time to review the motion. Good cause not found, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE