Michael I. Santucci (Florida Bar No. 105260)
Admitted *Pro Hac Vice*
mis@500law.com
SANTUCCI PRIORE, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: 954-351-7474
Facsimile: 954-351-7475

Attorneys for Plaintiffs, ERNEST EVANS, THE LAST TWIST, INC., and THE ERNEST EVANS CORPORATION

DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendants
HEWLETT-PACKARD COMPANY and PALM, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST EVANS, an individual, THE LAST TWIST INC., a Pennsylvania for Profit Company and THE ERNEST EVANS CORPORATION, a Pennsylvania for Profit Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware for Profit Company, and PALM, Inc, a Delaware for Profit Company,<br><br>    Defendants. | Case No.: 13-cv-02477-WHA<br>*Assigned to Judge William Alsup*<br><br>**STIPULATION FOR DISCOVERY AND [PROPOSED ORDER]** |

WHEREAS the Plaintiffs and the Defendants have each served their First Request for Production and First Set of Interrogatories on each other;

WHEREAS the Plaintiffs are still making efforts to gather documents because many are in the possession of various third-parties, such as accountants, attorneys and agents;

WHEREAS Defendants do not oppose Plaintiffs' request, provided that the same extension applies to pending requests to Defendants;

WHEREAS the Parties wish to briefly enlarge the time by thirty-days (30) for each to respond to Discovery Requests;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

Plaintiffs' and Defendants' shall each have an additional thirty-days (30) to respond to the respective First Requests for Production and First Sets of Interrogatories.

Dated: September 25, 2013

                                                SANTUCCI PRIORE, P.L.

By: /s/ Michael I. Santucci
     MICHAEL I. SANTUCCI

Attorney for Plaintiffs
ERNEST EVANS, THE LAST TWIST INC., and THE ERNEST EVANS CORPORATION

Dated: September 25, 2013

                                                DURIE TANGRI, LLP

By: /s/ Michael H. Page
     MICHAEL H. PAGE

Attorney for Defendants
HEWLETT-PACKARD COMPANY
And PALM, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael I. Santucci, attest that concurrence in the filing of this document has been obtained.

Dated: September 25, 2013

/s/ Michael I. Santucci
MICHAEL I. SANTUCCI

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: October 1, 2013.

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE