Michael I. Santucci (Florida Bar No. 105260)
Admitted *Pro Hac Vice*
mis@500law.com
SANTUCCI PRIORE, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: 954-351-7474
Facsimile: 954-351-7475

James Leonard Brown, Esq. - SBN 40702
jameslbrownlaw@yahoo.com
**LAW OFFICE OF JAMES LEONARD BROWN, APC**
5900 Wilshire Boulevard, Suite 2645
Los Angeles, CA 90036-5028
Telephone: 213-251-2332
Facsimile: 213-607-1456

Attorneys for Plaintiffs, ERNEST EVANS, THE LAST TWIST, INC., and THE ERNEST EVANS CORPORATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST EVANS, an individual, THE LAST TWIST INC., a Pennsylvania for Profit Company and THE ERNEST EVANS CORPORATION, a Pennsylvania for Profit Company,<br><br>   Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware for Profit Company, and PALM, INC., a Delaware for Profit Company,<br><br>   Defendants. | Case No.: 13-cv-02477-WHA<br>*Assigned to Judge James Donato*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rules 41(a)(1)(A)(ii) and 41 (c)(2)of the Federal Rules of Civil Procedure, and the June 23, 2024 Confidential Settlement Agreement between all Parties, Plaintiffs, ERNEST EVANS, THE LAST TWIST, INC., and THE ERNEST EVANS CORPORATION (hereinafter, collectively, referred to as "Plaintiffs") and Defendants HEWLETT-PACKARD COMPANY and

PALM, INC. (hereinafter, collectively, referred to as "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice.

1. The Parties deny any liability as to the claims and counter-claim asserted against each other.

2. Each side shall bear its own attorneys' fees and costs.

3. The court shall retain jurisdiction to enforce the terms of the Parties' June 2014 Confidential Settlement Agreement.

4. Without admitting liability, Defendants agree not to make any future use of Plaintiff ERNEST EVANS' likeness, name, stage name, "Chubby Checker," or any of the following trademarks and service marks "CHUBBY CHECKER," "CHUBBY CHECKER'S," "CHUBBY CHECKER'S SNACKS KING OF THE TWIST FOOD PRODUCTS," "CHUBBY CHECKER'S NEW YORK TWIST," or "CHUBBY CHECKER'S GIRL OF THE WORLD," or any mark including any of the Plaintiffs' registered logos associated with those marks.

WHEREFORE, the parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims, counterclaims and causes of action and for such other and further relief as the Court may deem appropriate.

Dated: July 22, 2014.

Respectfully submitted,

**SANTUCCI PRIORE, P.L.**
*Attorneys for Plaintiffs*
200 South Andrews Avenue, Suite 100
Fort Lauderdale, FL 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475

By:   */s/ Michael I. Santucci*
Michael I. Santucci, Esq. (Florida Bar No.105260)
mis@500law.com
docketing@500law.com
Admitted *Pro Hac Vice*

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:13-CV-02477-JD

James Leonard Brown, Esq. SBN 40702
jameslbrownlaw@yahoo.com
LAW OFFICE OF JAMES LEONARD BROWN, APC
5900 Wilshire Boulevard, Suite 2645
Los Angeles, CA 90036-5028
Telephone: (213) 251-2332
Facsimile: (213) 607-1456

Willie E. Gary (Florida Bar No. 187843)
Attorney for Plaintiffs
GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.
weg@williegary.com
Admitted *Pro Hac Vice*
212 E. Osceola Street
Stuart, FL 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343

DURIE TANGRI LLP
Michael H. Page (SBN 154913)
mpage@durietangri.com
Joseph C. Gratz (SBN 240676)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Fascimile: 415-236-6300

By:   */s/ Michael H. Page*
Michael H. Page, Esq. (SBN154913)
mpage@durietangri.com

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on July 22, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael I. Santucci*
Michael I. Santucci, Esq.

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:13-CV-02477-JD